

**Office of the New York State Attorney General**

**Letitia James Attorney General**

October 17, 2025

<u>By ECF</u>
Hon. Mae A. D'Agostino
U.S. District Court
Northern District of New York

Re:  *Brougham Fund I Trust, et al. v. State of New York*
   No: 1:25-CV-01304 (MAD/MJK)

Dear Judge D'Agostino:

    This office represents the Defendant State of New York in this action. I write to request that the Defendant's deadline to answer or otherwise move against the Complaint be adjourned. Defendant anticipates filing a motion to dismiss the Complaint and, in accordance with Your Honor's Individual Rules and Practices, will submit a pre-motion letter outlining the basis for the anticipated motion no later than October 24, 2025. I have conferred with Plaintiffs' counsel and he is agreeable to the requested adjournment.

    Thank you for your consideration of this request.

                                       Sincerely,

                                       <u>s/ Ryan W. Hickey</u>
                                       Ryan W. Hickey
                                       Assistant Attorney General
                                       Ryan.Hickey@ag.ny.gov

cc:   Counsel of record (Via ECF)