

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 3, 2025

<u>By ECF</u>
Hon. Mae A. D'Agostino
U.S. District Court
Northern District of New York

Re: *Brougham Fund I Trust, et al. v. State of New York*
No: 1:25-CV-01304 (MAD/MJK)

Dear Judge D'Agostino:

    This office represents the Defendant State of New York in this action. Plaintiff recently filed an Amended Complaint which names Governor Hochul and Senator James Sanders Jr. as defendants. Currently, the deadline for the State of New York to respond to the amended complaint is December 8, 2025, and the deadlines for Governor Hochul and Senator Sanders are December 17, 2025 and December 22, 2025, respectively. I write to request that the deadline for all defendants to respond to the Complaint be set for December 22, 2025, the latest of the three existing deadlines. Since Governor Hochul and Senator Sanders were only recently added to this matter, setting the deadline to be latest of the three existing deadlines will provide some additional time needed to address any representational issues, consult with the newly added defendants, and prepare appropriate papers on a unified schedule.

    Thank you for your consideration of this request.

Sincerely,

<u>s/ Ryan W. Hickey</u>
Ryan W. Hickey
Assistant Attorney General
Ryan.Hickey@ag.ny.gov

cc: Counsel of record (Via ECF)