

LAW OFFICES

# Stern & Eisenberg

*www.sterneisenberg.com*

1581 Main Street
Suite 200
Warrington, Pennsylvania 18976
(215) 572-8111
Facsimile: (215) 572-5025

December 4, 2025

**Via ECF**
The Honorable Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

> RE:    ***Brougham Fund I Trust, et al. v. State of New York***,
> **No: 1:25-CV-01304 (MAD/MJK)**
> **Extension of Time By Consent**

Dear Judge D'Agostino:

We represent Plaintiff Brougham Fund I Trust in connection with the above-captioned matter. Plaintiff consents to and joins Defendant State of New York's December 3, 2025 request to extend the deadline to respond to the Complaint for all Defendants to December 22, 2025, and respectfully requests that all subsequent dates be adjusted to account for the parties' request.

Respectfully submitted,

/s/Steven K. Eisenberg

cc: State of New York (via ECF)