

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

December 18, 2025

<u>By ECF</u>
Hon. Mae A. D'Agostino
U.S. District Court
Northern District of New York

Re:   *Brougham Fund I Trust, et al. v. State of New York*
      No: 1:25-CV-01304 (MAD/MJK)

Dear Judge D'Agostino:

    This office represents the Defendant State of New York in this action.  The current deadline for the defendants to answer or move against the Amended Complaint is December 22, 2025.  I write to request that this deadline be extended to January 9, 2026.  I make this request because I am still working to confirm representation of the parties added in the Amended Compliant so that a single response can be filed on behalf of all.  Second, given the upcoming holiday, I request some additional time to afford sufficient time for client review and approval of responsive papers.

    Thank you for your consideration of this request.

    Sincerely,

    <u>s/ Ryan W. Hickey</u>
    Ryan W. Hickey
    Assistant Attorney General
    Ryan.Hickey@ag.ny.gov

cc:   Counsel of record (Via ECF)