

LAW OFFICES

# Stern & Eisenberg

*www.sterneisenberg.com*

1581 Main Street
Suite 200
Warrington, Pennsylvania 18976
(215) 572-8111
Facsimile: (215) 572-5025

December 22, 2025

**Via ECF**
The Honorable Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

> RE: ***Brougham Fund I Trust, et al. v. State of New York***,
> **No: 1:25-CV-01304 (MAD/MJK)**
> **Extension of Time By Consent**

Dear Judge D'Agostino:

  We represent Plaintiff Brougham Fund I Trust in connection with the above-captioned matter. Plaintiff consents to and joins Defendant State of New York's December 18, 2025 request to extend the deadline to respond to the Complaint for all Defendants to January 9, 2026. Plaintiff respectfully requests that the deadline be extended for Plaintiff to respond to February 9, 2026. Defendant State of New York consents to and joins this request to extend the deadline to respond for Plaintiff.

        Respectfully submitted,

        /s/Steven K. Eisenberg
        Counsel for Plaintiff

cc: Counsel of Record (via ECF)