UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BROUGHAM FUND I TRUST, BY ITS TRUSTEE, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, solely in its capacity as Trustee, Individually, and on Behalf of All Others Similarly Situated,

*Plaintiffs*,

-against-

STATE OF NEW YORK, by and through KATHY HOCHUL, in her official capacity as GOVERNOR and by and through JAMES SANDERS, JR., in his official capacity as LEGISLATOR/SENATOR on behalf of all others similarly situated and, THE STATE OF NEW YORK,

*Defendants*.

**NOTICE OF MOTION**

1:25-CV-1304

(MAD)(MJK)

---

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss; and upon all prior pleadings and proceedings had herein, Defendants the State of New York, Governor Kathy Hochul. And Senator James Sanders Jr., on a date to be scheduled upon filing by the Clerk of Court, will make a motion, before the Honorable Mae A. D'Agostino, United States District Judge, at the United States District Court for the Northern District of New York, Albany, New York, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Amended Complaint (Dkt. No. 18) in its entirety, together with such other or further relief as may be just.

Dated: Albany, New York
       January 9, 2026

                      LETITIA JAMES
                      Attorney General
                      State of New York
                              *Attorney for Defendants*
                      The Capitol
                      Albany, New York  12224

                      By: *s/ Ryan W. Hickey*
                      Ryan W. Hickey
                      Assistant Attorney General
                      Bar Roll No. 519020
                      Telephone: (518) 776-2616
                      Email: Ryan.Hickey@ag.ny.gov

TO:    Counsel of record (*Via ECF*)