

PA Office | 298 Wissahickon Avenue | North Wales, PA 19454
NJ Office | 1451 Chews Landing Road | Suite 100 | Laurel Springs, NJ 08021
AZ Office | 4300 N. Miller Road | Suite 232 | Scottsdale, AZ 85251

Stephen M. Hladik
Admitted to Practice in PA, NJ, MI, NM and CO
Admitted to Practice in Northern District of New York
shladik@hoflawgroup.com
267-662-9022 (direct dial)

February 5, 2026

**By ECF**

The Honorable Mae A. D'Agostino
U.S. District Court
Northern District of New York

**Re:** *Brougham Fund I Trust, et al. v. State of New York, et al.,*
**No:** 1:25-CV-01304 (MAD/MJK)

Dear Judge D'Agostino:

    Our office, along with Stern & Eisenberg, represents the Plaintiff in this matter. The Defendants recently filed a Motion to Dismiss the Amended Complaint filed by Plaintiff. After consultation with and consent from counsel for Defendants, we write to respectfully request one further extension of the time within which to respond and that the deadline for the response to the Motion to Dismiss be fixed as February 13, 2026.

    Thank you for your consideration of this request.

Respectfully,

*/S/ Stephen M. Hladik*

Stephen M. Hladik, Esquire

CC: Ryan W. Hickey, at Ryan.Hickey@ag.ny.gov
Steven Eisenberg