*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

# JUDGMENT IN A CIVIL CASE

**BROUGHAM FUND I TRUST,**
**Plaintiff,**

**vs.** **1:25-CV-1304**
**(MAD/MJK)**

**STATE OF NEW YORK;**
**KATHY HOCHUL; and**
**JAMES SANDERS, JR.,**
**Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Dkt. No. 33) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's Amended Complaint (Dkt. No. 18) is **DISMISSED**; and the Court further **ORDERS** that the Clerk of the Court shall close this case, all pursuant to the Memorandum-Decision and Order entered by the Honorable Mae A. D'Agostino, dated the 8th day of September, 2026.

DATED: September 8, 2026

Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk